IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 24–59–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| ERIK ROBERT SALAZAR, | |
| Defendant. | |

This order refers the plea agreement filed in the above-captioned matter (Doc. 2) to Magistrate Judge Kathleen L. DeSoto. The Ninth Circuit joined every other circuit in holding that magistrate judges can take guilty pleas, with consent, under 28 U.S.C. § 636(b)(3). *United States v. Reyna-Tapia*, 328 F.3d 1114, 1119 (9th Cir. 2003). Accordingly, Judge DeSoto shall conduct a change of plea hearing, provided the parties consent. The hearing will be set by separate order from Judge DeSoto.

DATED this 21st day of October, 2024.

Dana L. Christensen, District Judge
United States District Court

1